# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
Apr 25, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jermaine Moore | ) | Case No. 2:25-mj-0071 JDP |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of April 10, 2025 in the county of Sacramento in the Eastern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF FBI Special Agent Cortnie Chenoweth

☑ Continued on the attached sheet.

/s/ Cortnie Chenoweth
*Complainant's signature*

Cortnie Chenoweth, FBI Special Agent
*Printed name and title*

Sworn to and signed before me telephonically.

Date: 04/25/2025

*Judge's signature*

City and state: Sacramento, California    United States Magistrate Judge Jeremy D. Peterson
*Printed name and title*

## AFFIDAVIT OF FBI SPECIAL AGENT CORTNIE CHENOWETH

I, Special Agent Cortnie Chenoweth, being duly sworn, hereby depose and state:

## CRIMINAL COMPLAINT FOR ARREST WARRANT

1. This Affidavit is submitted in support of an arrest warrant and criminal complaint charging **JERMAINE MOORE** with:

   COUNT ONE:    Felon in possession of a firearm, in violation of 21 U.S.C. § 922(g)(1).

## BACKGROUND AND EXPERTISE

2. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) assigned to the Sacramento Field Office. I received training at the FBI Academy in Quantico, Virginia from October 2024 to March 2025. I was a Forensic Accountant with the FBI from June 2014 to October 2024. During my tenure with the FBI, I have worked in the areas of white-collar crime, counterterrorism, counterintelligence, and violent crime.

3. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

4. Because this affidavit is submitted for the limited purpose of establishing probable cause for the requested arrest warrant, I have not included each and every fact known to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause.

5. This affidavit is based upon my own personal knowledge but also the knowledge of other law enforcement officers involved in this investigation. Where I describe statements made by other people (including other special agents and law enforcement officers), the statements are described in sum, substance, and relevant part. Similarly, where I describe information contained in reports and other documents or records in this affidavit, this information is also described in sum, substance, and relevant part.

1

## STATEMENT OF PROBABLE CAUSE

*Moore arrested on outstanding probation violation warrants.*

6. On February 14, 2022, Jermaine Moore was sentenced to 180 days jail and two years of probation based on a felony conviction for carrying a concealed firearm, in violation of California Penal Code § 25400(a)(2). 21-FE-019864.

7. On May 25, 2022, Moore was sentenced to 364 days jail and two years of probation based on a felony conviction for felon in possession of ammunition, in violation of California Penal Code § 30305(a)(1). 22-FE-05695.

8. On December 5, 2023, the Sacramento County Probation Department formally alleged the Moore violated his terms of probation in both of the above-referenced cases. A probation violation hearing was scheduled for February 26, 2024. Moore failed to appear for the hearing. Based on Moore's failure to appear, the Sacramento County Superior Court revoked his grant of probation in both cases and issued bench warrants.

9. In addition, on April 26, 2024, an arrest warrant was issued in Placer County for Moore for providing false information to a peace officer, in violation of California Penal Code § 148.9

10. On April 10, 2025, Sacramento County Probation officers arrested Moore at an apartment on Sunnyslope Drive in Sacramento pursuant to the two probation violation warrants.

*Moore found in possession of a gun.*

11. At the time of Moore's arrest on April 10, 2025, Probation officers conducted a probation search of Moore's apartment. During the search of the apartment, Probation officers found a Glock 23 firearm loaded with eight rounds of ammunition.

12. Moore shares the apartment with his girlfriend Bisheila Haney and their infant child. Haney was interviewed by Probation officers. Haney said that she and Moore have lived in the apartment together for approximately one month. Haney denied ownership of any firearms.

2

13. Moore was interviewed by Probation officers. Moore initially denied ownership of the firearm and denied living at the apartment. After being confronted with evidence regarding his association with the apartment, Moore admitting that the gun belonged to him.

*Preliminary Interstate Nexus Determination*

14. On April 25, 2025, Amanda Kimmel, a representative in the legal department of Glock Inc. provided following information. The sole manufacturing location in the U.S. for Glock pistols is currently and has always been 6000 Highlands Parkway SE, Smyrna, Georgia 30082. Therefore, the Glock pistol possessed by Moore was not manufactured in the State of California and had previously traveled in interstate or foreign commerce prior to Moore's possession of the gun.

### CONCLUSION

15. Based on the above information, I believe that there is probable cause to believe that Moore unlawfully possessed a firearm, in violation of 18 U.S.C. § 922(g)(1). I hereby request that this court issue an arrest warrant for Moore.

I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

/s/ Cortnie Chenoweth
CORTNIE CHENOWETH
FBI Special Agent

Sworn and Subscribed to me telephonically,
on April 25, 2025,

Hon. JEREMY D. PETERSON
United States Magistrate Judge

Approved as to form:

JUSTIN LEE
Assistant United States Attorney

3

# **PENALTY SLIP**

## **United States v. Jermaine Moore**

**COUNT ONE:**   18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

    Fine of up to $250,000, and/or
    Imprisonment of up to 15 years, or both
    Term of Supervised Release of up to 3 years
    Mandatory $100 Special Assessment